**ISSUED ORIGINAL FILED**

**UN SEALED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

OCT 20 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He | ) | Case No. 1:23-mj-00123-SKO |
| | ) | |
| | ) | USMS FRESNO RCVD |
| *Defendant* | ) | |

## ARREST WARRANT

OCT 19 2023 AM 9:08

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 331(a) and (c) -- Misbranded medical devices
18 U.S.C. §§ 1001(a)(1)-(3) -- False Statements

Date: 10/18/2023

*Sheila K. Oberto*
*Issuing officer's signature*

City and state:   Fresno, California

Hon. Sheila K. Oberto, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/19/23, and the person was arrested on *(date)* 10/19/23
at *(city and state)* Reedley, CA

Date: 10/19/23

*[signature] for FDA*
*Arresting officer's signature*

*Printed name and title*