PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00219-NODJ-BAM |
|---|---|
| Plaintiff, | GOVERNMENT'S STATUS REPORT AS TO ZHAOYAN WANG |
| v. | |
| ZHAOYAN WANG, | |
| Defendant. | |

The defendant, Zhaoyan Wang, was charged in this case along with her co-defendant, Jia Bei Zhu aka Jesse Zhu, Qiang He, and David He, by a Superseding Indictment issued on August 15, 2024. The government believes that Ms. Wang is currently in China and that she is aware of the Superseding Indictment. This is because Ms. Wang was in regular contact with Mr. Zhu and his counsel, and filed a declaration from China in support of Mr. Zhu's bail review motion, shortly before she was charged.

///

///

The government has made multiple attempts to contact Ms. Wang to try to schedule her initial appearance and arraignment on the Superseding Indictment, but it has been unsuccessful.

Dated: October 16, 2024

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney