ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JIA BEI ZHU, AKA JESSE ZHU, QIANG HE, AND DAVID HE,<br>Defendant. | CASE NO. 1:23-CR-00219-DAD-EPG<br><br>GOVERNMENT’S WITNESS LIST<br><br>DATE: April 21, 2026<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

The government submits the following list of witnesses it may call in its case-in-chief:

1. Maridehl Matther, FDA
2. Juanj Wu, FDA
3. Adam Ruben, FDA
4. Chet Johnston, FBI
5. Shaun Miranda, USMS
6. Karekin Khatchadorian, UMI
7. Rita Bernal, UMI/PBI
8. Kym Lee, UMI
9. Candace Liu, UMI
10. Xue “Sue” Liang, UMI

11. Ying “Lydia” Zhu, UMI/PBI
12. Jim Wu, Sunshine Easy
13. Joanna Zhong, Joanna Cosmetics
14. Ming Zhang, Berryku
15. Bill Zhang, Vapetro
16. Jeff Johnston, COVID Scan
17. Donovan Blackney, Cormeum/Sensiva
18. Jacob Kurdys, Cormeum/Sensiva
19. Ben Williamson, Cormeum/Sensiva
20. David Vigerust, Comeum/Sensiva
21. Charmaine Le Blanc, Liberty Office Products
22. Shejal Desai, CBP
23. Janet Abt, FDA
24. Felix Marrero, FDA
25. Alyxandria Schubert, FDA
26. Bridget Marchand, GOMD
27. David Hyde, HSI
28. Kristin Hanaoka, USCIS A-File Custodian
29. Jenny Guo, FBI Translator
30. Susan Leu Lin, FBI Translator
31. Bank of America Records Custodian
32. Fedwire Records Custodian

///

///

///

Dated: April 10, 2026

ERIC GRANT
United States Attorney

By: */s/ Joseph Barton*
Joseph Barton
Arelis Clemente
Assistant United States Attorneys