ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIA BEI ZHU, AKA JESSE ZHU, QIANG HE, AND DAVID HE,

Defendants.

CASE NO. 1:23-CR-00219-DAD-EPG

GOVERNMENT'S EXHIBIT LIST

DATE: April 21, 2026
TIME: 8:30 a.m.
COURT: Hon. Dale A. Drozd

The government submits the following list of exhibits that it intends to introduce in its case-in-chief. The government attempted to meet and confer with the defense but was unsuccessful. The government requests permission to supplement this list as needed during trial.

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | **UMI Bank of America Account Ending 9664 August 2020 Statement** | ZHU_00049569-ZHU_00049572 | | |
| 2 | **UMI Bank of America Account Ending 9664 December 2020 Statement** | ZHU_00049593-ZHU_00049598 | | |
| 3 | **UMI Bank of America Account Ending 9345 January 2022 Statement** | ZHU_00051475-ZHU_00051486 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 4 | **Bank of America wire withdraw dated January 26, 2022** | ZHU_00010200 | | |
| 5 | **Bank of America wire withdraw dated January 26, 2022** | ZHU_00010201 | | |
| 6 | **UMI Bank of America Account Ending 9664 May 2020 Statement** | ZHU_00049551- ZHU_00049558 | | |
| 7 | **Bank of America Signature Card Account Ending 9345** | ZHU_00086302- ZHU_00086315 | | |
| 8 | **Bank of America Signature Card Account Ending 9664** | ZHU_00086320- ZHU_00086327 | | |
| 9 | **Bank of America 902(11)** | ZHU_00000854- ZHU_00000856 | | |
| 10 | **Invoice between Berryku and Vapetro Technology LLC dated Janaury 6, 2022 to January 23, 2022** | ZHU_00084917- ZHU_00084919 and ZHU_00084926- ZHU_00084927 | | |
| 11 | **Invoice between Berryku and Vapetro Technology LLC dated Janaury 12, 2022 to January 19, 2022** | ZHU_00084920- ZHU_00084922 and ZHU_00084924 | | |
| 12 | **FedEx receipt and shipping labels for UMI with Vapetro Technology LLC** | ZHU_00122369, ZHU_00122358- ZHU_00122367 | | |
| 13 | **FedEx Shipping labels for UMI with Vapetro Technology LLC** | ZHU_00122322- ZHU_00122331 | | |
| 14 | **Jim Wu text message with Vapetro Technology LLC dated January 26, 2022** | ZHU_00122377 | | |
| 15 | **Translation to Jim Wu text message with Vapetro Technology LLC dated January 26, 2022_Redacted** | ZHU_00138834 | | |
| 16 | **Vapetro Technology LLC text message with Berryku dated January 15, 2022** | ZHU_00122404 | | |
| 17 | **Invoice between Vapetro Technology LLC and Sunshine Easy dated January 26, 2022** | ZHU_00010199 | | |
| 18 | **Development Supplemental Agreement between Cormeum Lab Services LLC and UMI_Redacted** | ZHU_00006058- ZHU_00006060 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 19 | **Cormeum Lab Services LLC and UMI Invoice dated December 24, 2020_Redacted** | ZHU_00006440 | | |
| 20 | **Cormeum Lab Services LLC and UMI Invoice dated December 24, 2020** | ZHU_00015894 | | |
| 21 | **Cormeum Lab Services LLC and UMI Purchase Order dated January 8, 2021** | ZHU_00028233 | | |
| 22 | **Cormeum Lab Services LLC and UMI Purchase Order dated January 28, 2021_Redacted** | ZHU_00006055 | | |
| 23 | **Cormeum Lab Services LLC and UMI Letter Agreement Amending Purchase Order dated March 4, 2021_Redacted** | ZHU_00006056-ZHU_00006057 | | |
| 24 | **UMI and Cormeum Lab Services LLC Quantity Shipping Schedule** | ZHU_00129297 | | |
| 25 | **UMI Invoice to COVID Scan LLC dated August 10, 2020** | ZHU_00086483 | | |
| 26 | **Intentionally left blank** | | | |
| 27 | **Email between Karekin Khatchadoorian and Christopher Nagle dated January 18, 2022** | ZHU_00135345-ZHU_00135346 ZHU_00135344 | | |
| 28 | **Intentionally left blank** | | | |
| 29 | **Intentionally left blank** | | | |
| 30 | **Photograph of Skippack Box Design Approved by Christopher Nagle** | ZHU_00135329 | | |
| 31 | **Exclusive Manufacturing Supply Agreement between Skippack and UMI** | ZHU_00085249-ZHU_00085276 | | |
| 32 | **UMI Invoice to Skippack dated January 25, 2022** | ZHU_00135406 | | |
| 33 | **GOMD Packing List dated May 22, 2020** | ZHU_00138259 | | |
| 34 | **T-1 Liberty Inc. Office Invoices** | ZHU_00027519-ZHU_00027527 | | |
| 35 | **Vapetro Technology LLC Invoice to T-1 Financial Inc dated January 12, 2022** | ZHU_00027680 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 36 | **Donovan Blackney Photograph during Initial Site Visit Buffer in Water Bottle** | ZHU_00132914 | | |
| 37 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126543 | | |
| 38 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126546 | | |
| 39 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126549 | | |
| 40 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126552 | | |
| 41 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126584 | | |
| 42 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126665 | | |
| 43 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126666 | | |
| 44 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126669 | | |
| 45 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126670 | | |
| 46 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126684 | | |
| 47 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126685 | | |
| 48 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126688 | | |
| 49 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126720 | | |
| 50 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126721 | | |
| 51 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126723 | | |
| 52 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126759 | | |
| 53 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126760 | | |
| 54 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126770 | | |
| 55 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126794 | | |
| 56 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126813 | | |
| 57 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126814 | | |
| 58 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126815 | | |
| 59 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126816 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 60 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126818 | | |
| 61 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126825 | | |
| 62 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126831 | | |
| 63 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126832 | | |
| 64 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126833 | | |
| 65 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126836 | | |
| 66 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126837 | | |
| 67 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126838 | | |
| 68 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126839 | | |
| 69 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126843 | | |
| 70 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126844 | | |
| 71 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126856 | | |
| 72 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126868 | | |
| 73 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126870 | | |
| 74 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126872 | | |
| 75 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126880 | | |
| 76 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126881 | | |
| 77 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126882 | | |
| 78 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126885 | | |
| 79 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126889 | | |
| 80 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126890 | | |
| 81 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126906 | | |
| 82 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126973 | | |
| 83 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126987 | | |
| 84 | **Cormeum-Sensiva Inspection Photos** | ZHU_00126990 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 85 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127044 | | |
| 86 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127048 | | |
| 87 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127049 | | |
| 88 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127080 | | |
| 89 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127083 | | |
| 90 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127084 | | |
| 91 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127092 | | |
| 92 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127093 | | |
| 93 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127096 | | |
| 94 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127105 | | |
| 95 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127123 | | |
| 96 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127126 | | |
| 97 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127178 | | |
| 98 | **Cormeum-Sensiva Inspection Photos** | ZHU_00127179 | | |
| 99 | **Cormeum-Sensiva Inspection Video- :21 seconds** | ZHU_00127205 | | |
| 100 | **Cormeum-Sensiva Inspection Video- :28 seconds** | ZHU_00127209 | | |
| 101 | **Cormeum-Sensiva Inspection Video- 1:49** | ZHU_00127315 | | |
| 102 | **Cormeum-Sensiva Inspection Video- 1:07** | ZHU_00127317 | | |
| 103 | **Cormeum-Sensiva Inspection Video- 4:03** | ZHU_00127319 | | |
| 104 | **Cormeum-Sensiva Inspection Video- 9:05** | ZHU_00127347 | | |
| 105 | **Cormeum-Sensiva Inspection Video- 2:50** | ZHU_00127389 | | |
| 106 | **Cormeum-Sensiva Inspection Video- 2:00 Clip 1** | ZHU_00127391 | | |
| 107 | **Cormeum-Sensiva Inspection Video- :20 seconds Clip 2** | ZHU_00127391 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 108 | **Cormeum-Sensiva Inspection Video- 4:07** | ZHU_00127403 | | |
| 109 | **Cormeum-Sensiva Inspection Video- 5:45** | ZHU_00127545 | | |
| 110 | **Emergency Authorization Use Application dated May 15, 2020** | ZHU_00000426 | | |
| 111 | **Emergency Authorization Use Application dated May 27, 2020** | ZHU_00000001-ZHU_00000002 | | |
| 112 | **Emergency Authorization Use Acknowledgement Letter dated May 28, 2020** | ZHU_00000034-ZHU_00000035 | | |
| 113 | **Box Design submitted on May 27, 2020 with Emergency Authorization Use Application** | ZHU_00000656 and ZHU_00000659 | | |
| 114 | **Fact Sheet submitted on May 27, 2020 with Emergency Authorization Use Application** | ZHU_00000463-ZHU_00000466 | | |
| 115 | **FDA Denial Memo dated October 28, 2020** | ZHU_00085447-ZHU_00085448- | | |
| 116 | **FDA Emergency Use Authorization Denial Letter dated October 28, 2020** | ZHU_00085451-ZHU_00085452 | | |
| 117 | **Data concerns re Emergency Use Authorization Application** | ZHU_00085444-ZHU_00085446 | | |
| 118 | **Email between Karekin Khatchadoorian and Adam Ruben dated March 31, 2022** | ZHU_00136626-ZHU_00136627 | | |
| 119 | **Email between Karekin Khatchadoorian and Adam Ruben dated March 11, 2022** | ZHU_00010181-ZHU_00010185 | | |
| 120 | **COVID Test Kit LABEL FROM City of Reedley Inspection on April 21, 2023** | ZHU_00013521 | | |
| 121 | **Prestige Biotech Inc. Letter dated May 12, 2023** | ZHU_00009540 | | |
| 122 | **Photo of COVID-19 Test Kit Brochure found May 2023** | ZHU_00009569 | | |
| 123 | **Photos of COVID Test Kits Cassettes found May 2023** | ZHU_00009793-ZHU_00009795 | | |
| 124 | **Photos of disorganization found May 2023** | ZHU_00009642-ZHU_00009659 | | |
| 125 | **Photos of Skippack Tests found May 2023** | ZHU_00009786-ZHU_00009787 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 126 | **UMI Product Sales Records Provided to FDA on May 16, 2023** | ZHU_00009338-ZHU_00009339 | | |
| 127 | **Intentionally left blank** | | | |
| 128 | **Defendant California Driver License** | ZHU_00008993 | | |
| 129 | **Video of walk-through of Reedley Lab on** | ZHU_00016631 | | |
| 130 | **FDA COVID Test Policy Found during Federal Search Warrant** | ZHU_00016689 | | |
| 131 | **FDA Q&A re Sell COVID Test to Clinical Labs while Emergency Use Authorization Application while Pending** | ZHU_00016672 | | |
| 132 | **Photograph of International Newtech Development Inc. Bank Statement from Bank of Montreal dated October 30, 2015** | ZHU_00016634 | | |
| 133 | **Photograph of IND Diagnostic Inc. check dated October 08, 2014** | ZHU_00016632 | | |
| 134 | **Defendant Canadian Driver License** | ZHU_00016668 | | |
| 135 | **Skippack Purple Box** | ZHU_00136333 | | |
| 136 | **Skippack Purple Box Inside** | ZHU_00136334 | | |
| 137 | **DiagnosUS White with Yellow Box** | ZHU_00136335 | | |
| 138 | **DiagnosUS White with Yellow Box Inside** | ZHU_00136336 | | |
| 139 | **Skippack all White Box Top** | ZHU_00136342 | | |
| 140 | **Skippack all White Box Side** | ZHU_00136344 | | |
| 141 | **Skippack all White Box Inside** | ZHU_00136345 | | |
| 142 | **IND Pharmaceuticals Inc. 2014 Consent to Act as Director and Officer** | ZHU_00136459 | | |
| 143 | **IND Pharmaceuticals Inc. 2014 Consent Resolutions of All Directors** | ZHU_00136461 | | |
| 144 | **IND Pharmaceuticals Inc. 2014 Registrar of Directors** | ZHU_00136465 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 145 | Skippack Box | ZHU_00138447 | | |
| 146 | 2003 CBP Prints Clean Version | ZHU_00138448 | | |
| 147 | USMS 2023 Prints Clean Version | ZHU_00027236 | | |
| 148 | Berryku-Vapetro text | ZHU_00122384 | | |
| 149 | Berryku-Vapetro text | ZHU_00122397 | | |
| 150 | Translation for Berryku - Vapetro text_Redacted | ZHU_00138832 | | |
| 151 | Translation for Berryku-Vapetro text_Redacted | ZHU_00138833 | | |
| 152 | Intentionally left blank | | | |
| 153 | Vapetro Text with Berryku Box Photo saying Made in USA | ZHU_00122403 | | |
| 154 | Intentionally left blank | | | |
| 155 | Intentionally left blank | | | |
| 156 | Emergency Use Authorization Acknowledgment Letter dated May 18, 2020 | ZHU_00138144 | | |
| 157 | Intentionally left blank | | | |
| 158 | Cover email attached Emergency Use Authorization Acknowledgment Letter | ZHU_00138185 | | |
| 159 | Email between Karekin Khatchadoorian and Cormeum dated January 3, 2021_Redacted | ZHU_00026576-ZHU_00026579 | | |
| 160 | Email between Karekin Khatchadoorian and Cormeum re 100k test made at UMI dated December 9, 2020_Redacted | ZHU_00006071-ZHU_00006076 | | |
| 161 | Text between Karekin Khatchadoorian and TJ on December 4-5, 2020_Redacted | ZHU_00006096-ZHU_00006097 | | |
| 162 | Text between Karekin Khatchadoorian and TJ on December 5, 2020_Redacted | ZHU_00006101 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 163 | **Jim Wu Dated January 25, 2021** | ZHU_00087170 | | |
| 164 | **Email from Kymlee Guan re Made in USA dated August 17, 2021 Redacted** | ZHU_00122274 | | |
| 165 | **Kymlee Guan January 26, 2022** | ZHU_00087190 | | |
| 166 | **Intentionally left blank** | | | |
| 167 | **Kymlee Guan January 12, 2022** | ZHU_00087183 | | |
| 168 | **Kymlee Guan January 16, 2022** | ZHU_00087185 | | |
| 169 | **Kymlee Guan January 16-24, 2022** | ZHU_00087188 | | |
| 170 | **Kymlee Guan January 26, 2022** | ZHU_00087197 | | |
| 171 | **Kymlee Guan January 12-16, 2022** | ZHU_00087184 | | |
| 172 | **Kymlee Guan January 16, 2022** | ZHU_00087186 | | |
| 173 | **Kymlee Guan January 26, 2022** | ZHU_00087193 | | |
| 174 | **Translation for Sunshine Easy texts with Kymlee Guan_Redacted** | ZHU_00138822<br>ZHU_00138824-ZHU_00138830 | | |
| 175 | **Intentionally left blank** | | | |
| 176 | **Skippack CLIA Certified Screenshot sent to Berryku** | ZHU_00084901 | | |
| 177 | **Skippack CLIA Certified Screenshot sent to Berryku** | ZHU_00084900 | | |
| 178 | **Skippack CLIA Certified Screenshot sent to Joanna Cosmetics** | ZHU_00084936-ZHU_00084937 | | |
| 179 | **Skippack Made in USA sent to Berryku** | ZHU_00084899 | | |
| 180 | **Three boxes received by Adam Ruben** | ZHU_00010262 | | |
| 181 | **UMI handout saying Made in USA given to Joanna Cosmetics and Berryku** | ZHU_00084910-ZHU_00084915 | | |
| 182 | **Text message between Karekin Khatchadoorian and Covid Scan LLC with June 3, 2020 Invoice_Redacted** | ZHU_00087774-ZHU_00087776 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 183 | **FedEx Shipping Records showing China Supply 2020** | ZHU_00134858-ZHU_00134859, ZHU_00134871, ZHU_00134873, ZHU_00134881-ZHU_00134882, ZHU_00134901-ZHU_00134902, ZHU_00134911-ZHU_00134915, ZHU_00134892-ZHU_00134893 | | |
| 184 | **FedEx 902 (11) Certification** | ZHU_00126133 | | |
| 185 | **Intentionally left blank** | | | |
| 186 | **Bill of Landing with sample Dolphin Logistics Invoice** | ZHU_00129297 | | |
| 187 | **COVID test labels saying made by AIDE in China** | ZHU_00129297 | | |
| 188 | **Dolphin Logistics Sample Invoice** | ZHU_00129297 | | |
| 189 | **Email of Karekin Khatchadoorian re photo of USA test kits to UMI dated April 30, 2021** | ZHU_00129297 | | |
| 190 | **Kym Lee email re 700,000 test kits production order from China** | ZHU_00129297 | | |
| 191 | **Kym Lee production order 700,000 test kits from China** | ZHU_00129297 | | |
| 192 | **Translation for Kym Lee email re 700,000 test kits production order from China and Kym Lee production order 700,000 test kits from China_Redacted** | ZHU_00138835-ZHU_00138837 | | |
| 193 | **Kym Lee email from AIDE with photo of USA test kits** | ZHU_00129297 | | |
| 194 | **Translation for Kym Lee email from AIDE with photo of USA test kits_Redacted** | ZHU_00138838-ZHU_00138840 | | |
| 195 | **Nippon Express Sample Invoice** | ZHU_00129297 | | |
| 196 | **Brochure given to Joanna and Berryku** | ZHU_00122446-ZHU_00122451 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 197 | **Draft Ad sent to Karekin Khatchadoorian for approval on April 2, 2021 re "Sales pitch"** | ZHU_00129297 | | |
| 198 | **UMI Jogchat Ad on July 15, 2023** | ZHU_00136314 | | |
| 199 | **Intentionally left blank** | | | |
| 200 | **DiagnosUS website** | ZHU_00136620 | | |
| 201 | **Documents for translation from 2024 FDA AIDE inspection in China** | ZHU_00127594-ZHU_00127597 | | |
| 202 | **Translation for 2024 FDA AIDE inspection Redacted** | ZHU_00138265 ZHU_00138266 | | |
| 203 | **Email between Zhu and Cormeum re relationship with China companies dated September 11, 2020_Redacted** | ZHU_00006127 | | |
| 204 | **David He Chinese Passport given to Joanna Zhong** | ZHU_00122452 | | |
| 205 | **Zhu Personal Statement Declaration for Asylum Application_Redacted** | ZHU_00139044, ZHU_00138660-ZHU_00138664 | | |
| 206 | **Photograph of He Mailbox Application** | ZHU_00122453 | | |
| 207 | **I-589 Application for Asylum and for Withholding of Removal_Redacted** | ZHU_00139044, ZHU_00138622-ZHU_00138633 | | |
| 208 | **I-765 Application for Employment Authorization** | ZHU_00138634-ZHU_00138640 | | |
| 209 | **I-765 Application for Employment Authorization** | ZHU_00139044, ZHU_00138641-ZHU_00138647 | | |
| 210 | **Photographs of AI DE Diagnostic Co., Ltd in China inspection on May 27, 2024_Redacted** | ZHU_00126502-ZHU_00126503 | | |
| 211 | **Inspection of Reedley Lab on May 02, 2023 Video** | ZHU_00005802 | | |
| 212 | **Inspection of Reedley Lab on May 02, 2023 Video A** | ZHU_00005803 | | |
| 213 | **Inspection of Reedley Lab on May 02, 2023 Video B** | ZHU_00005803 | | |
| 214 | **Inspection of Reedley Lab on May 02, 2023 Video C** | ZHU_00005803 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 215 | **Inspection of Reedley Lab on May 02, 2023 Video D** | ZHU_00005803 | | |
| 216 | **Inspection of Reedley Lab on May 02, 2023 Video E** | ZHU_00005803 | | |
| 217 | **Inspection of Reedley Lab on May 02, 2023 Video F** | ZHU_00005803 | | |
| 218 | **Inspection of Reedley Lab on May 03, 2023 Video A** | ZHU_00005806 | | |
| 219 | **Inspection of Reedley Lab on May 03, 2023 Video B** | ZHU_00005806 | | |
| 220 | **Inspection of Reedley Lab on May 03, 2023 Video C** | ZHU_00005806 | | |
| 221 | **Inspection of Reedley Lab on May 03, 2023 Video** | ZHU_00005807 | | |
| 222 | **Inspection of Reedley Lab on May 03, 2023 Video** | ZHU_00005808 | | |
| 223 | **Inspection of Reedley Lab on May 15, 2023 Video** | ZHU_00005809 | | |
| 224 | **Email between Sensiva and Mrs. Zhaoyan Wang re Purchase and Sales of Antigen LFD dated December 30, 2020** | ZHU_00028210 | | |
| 225 | **Email between Karekin Khatchadoorian and Tarun Jolly dated November 10, 2020** | ZHU_00028205 | | |
| 226 | **Pregnancy and Covid kit photograph** | ZHU_00136366 | | |
| 227 | **Pregnancy and Covid kit photograph 2** | ZHU_00136367 | | |
| 228 | **Pregnancy and Covid kit photograph 3** | ZHU_00136368 | | |
| 229 | **Intentionally left blank** | | | |
| 230 | **Bar graph visual of UMI sales vs. COVID test sales (Demonstrative)** | ZHU_00138843 | | |
| 231 | **Customer COVID Test Sales (Demonstrative)** | ZHU_00138844 | | |
| 232 | **Fed Ex China to US (Demonstrative)** | ZHU_00138845 | | |
| 233 | **Test Kit Flow 2 (Demonstrative)** | ZHU_00138847 | | |
| 234 | **Intentionally left blank** | | | |
| 235 | **Intentionally left blank** | | | |
| 236 | **About UMI website screenshot** | ZHU_00132937-ZHU_00132938 | | |

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 237 | **Federal Reserve Wire Transfers** | ZHU_00121531 and ZHU_00139066-ZHU_00139075 | | |
| 238 | **Axon body camera transcript_Redacted** | ZHU_00138400-ZHU_00138446 | | |

ERIC GRANT
United States Attorney

Dated: April 10, 2026

By: */s/ Joseph Barton*
Joseph Barton
Arelis Clemente
Assistant United States Attorneys