ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID HE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

UNITED STATES OF AMERICA.
Plaintiff,
v.
DAVID HE,
Defendant.

CASE NO.: 1:23-CR-00219-DAD-EPG

**DEFENSE'S EXHIBIT LIST**

DATE: April 21, 2026
TIME: 08:30 a.m.
COURT: Hon. Dale A. Drozd

David He, by and through his counsel, Anthony P. Capozzi, hereby submits the following list of exhibits it intends to introduce:

| EXHIBIT NO. | DESCRIPTION | BATES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| A | Email between David, Juanj Wu, and Adam | ZHU_00136103-ZHU_00136105 | | |
| B | Email between Juanj Wu, and David He | ZHU_00138567-ZHU_00138569 | | |
| C | Antigen Diagnositc Tests for SARS-CoV-2 Email between Kymlee, KK, and Jim Wu | ZHU_00087170-ZHU_00087177 | | |
| D | Directions for Scanning an Allegation (FDA Document) | ZHU_00136174-ZHU_00136189 | | |
| E | Dollar tree receipt | Defense Exhibit 001 | | |

| | | | | |
|---|---|---|---|---|
| F | Email KK "Refund Request | Defense Exhibit 002-Defense Exhibit 004 | | |
| G | Email between Justin Vecchiarelli, and KK | Defense Exhibit 005-Defense Exhibit 007 | | |
| H | Additional Information regarding Medi-Source LLC. | Defense Exhibit 008-Defense Exhibit 010 | | |
| I | UMI document dated April 10, 2020 | Defense Exhibit 011-Defense Exhibit 013 | | |
| J | "Pending Trademark Cancellation | Defense Exhibit 014 | | |
| K | UMI Action Plan | Defense Exhibit 015-Defense Exhibit 020 | | |
| M | 510 (k) Statement | Defense Exhibit 021-Defense Exhibit 022 | | |
| N | Litigation Hold Notice | Defense Exhibit 023-Defense Exhibit 024 | | |
| O | Folding Box Worksheet | Defense Exhibit 025-Defense Exhibit 026 | | |
| P | Letter written by KK | Defense Exhibit 027-Defense Exhibit 030 | | |
| Q | UMI Certificate of Analysis | Defense Exhibit 031 | | |
| R | UMI Certificate of Analysis | Defense Exhibit 032 | | |
| S | Intellectual Property License Agreement | ZHU_00085277-ZHU_00085283 | | |
| T | Distribution Agreement | ZHU_00136820-ZHU_ 00136836 | | |
| U | Exclusive Manufacturing Supply Agreement | Defense Exhibit 033-Defense Exhibit 060 | | |
| V | Policy for Coronavirus Disease-2019 | Defense Exhibit 061-Defense Exhibit 131 | | |
| W | Email between KK, and Ruben Adam | ZHU_00136628-ZHU_00136632 | | |
| X | Email from Christopher Nagle to Ruben Adam | ZHU_00136864-ZHU_00136865 | | |
| Y | Acknowledgment Letter | Defense Exhibit 132 | | |
| Z | FDA U.S. Food & Drug letter; UMI, Tulare | Defense Exhibit 133-Defense Exhibit 137 | | |

| | | | | |
|---|---|---|---|---|
| AA | FED Ex Activity records | Defense Exhibit 138-Defense Exhibit 179 | | |
| BB | Photos of 850 I Street, Reedley, Ca | ZHU_00009654-ZHU_00009659 | | |
| CC | Letter Regarding Replacing UMI with PBI | Defense Exhibit 180-Defense Exhibit 182 | | |
| | | | | |

Dated: April 13, 2026,

By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI, Attorney for DAVID HE