ANTHONY P. CAPOZZI, SBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 WEST SHAW AVENUE, SUITE 102
FRESNO, CALIFORNIA 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID HE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID HE,<br>Defendant. | CASE NO.: 1:23-CR-00219-NODJ-EPG<br>**DEFENSE WITNESS LIST**<br>Date: April 21, 2026<br>Time: 9:00 a.m.<br>Honorable Dale A. Drozd |

The defense submits the following list of witnesses it may call in its case-in-chief:

1. Wendy Chen (UMI Employee)
2. Zhaolin Wang (UMI Employee)
3. Jesalyn Harper (Reedley Code Enforcement Officer)
4. Michael Lin (Attorney for UMI/PBI)
5. Steven Pung (UMI Employee)
6. Steve Xu (UMI Employee)

Respectfully submitted,

DATED: April 13, 2026

By: */s/ Anthony P. Capozzi* .
ANTHONY P. CAPOZZI, Attorney for DAVID HE