ANTHONY P. CAPOZZI, SBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 WEST SHAW AVENUE, SUITE 102
FRESNO, CALIFORNIA 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-Mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DAVID HE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>DAVID HE,<br><br>                    Defendant. | CASE NO.: 1:23-CR-00219-DAD-EPG<br><br>**DEFENDANT'S PROPOSED<br>VERDICT FORM**<br><br>Date: April 21, 2026<br>Time: 9:00 a.m.<br>Honorable Dale A. Drozd |

COUNT ONE:          Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C.  §§
1343 and 1349, from in or around August 2020 through in or
around March 2023.

        We the jury unanimously find as to COUNT ONE of the Superseding Indictment that the
Defendant is:

_____ Not Guilty                    _____ Guilty

COUNT TWO:     Wire Fraud, in violation of 18 U.S.C. § 1343, on or about August 11, 2020, wiring transmission of monies in the amount of $12,000, originating from Company One's bank account to UMI's bank account ending – 9664.

We the jury unanimously find as to COUNT TWO of the Superseding Indictment that the Defendant is:

_____ Not Guilty                     _____ Guilty

<u>COUNT THREE</u>:    Wire Fraud, in violation of 18 U.S.C. § 1343, on or about December 15, 2020, wiring transmission of monies in the amount of $100,00, originating from Company Two's bank account to UMI's bank account ending – 9664.

We the jury unanimously find as to COUNT THREE of the Superseding Indictment that the Defendant is:

_____ Not Guilty                    _____ Guilty

COUNT FOUR:    Wire Fraud, in violation of 18 U.S.C. § 1343, on or about December 24, 2020, wiring transmission of monies in the amount of $275,000, originating from Company Two's bank account to UMI's bank account ending – 9664.

We the jury unanimously find as to COUNT FOUR of the Superseding Indictment that the Defendant is:

_____ Not Guilty                    _____ Guilty

COUNT FIVE:          Wire Fraud, in violation of 18 U.S.C. § 1343, on or about January 13, 2022, wiring transmission of monies in the amount of $49,000, originating from Company Four's bank account to UMI's bank account ending – 9345.

We the jury unanimously find as to COUNT FIVE of the Superseding Indictment that the Defendant is:

_____ Not Guilty                    _____ Guilty

COUNT SIX:    Wire Fraud, in violation of 18 U.S.C. § 1343, on or about January 14, 2022, wiring transmission of monies in the amount of $24,500, originating from Company Four's bank account to UMI's bank account ending – 9345.


We the jury unanimously find as to COUNT SIX of the Superseding Indictment that the Defendant is:


_____ Not Guilty                    _____ Guilty

COUNT SEVEN:     Wire Fraud, in violation of 18 U.S.C. § 1343, on or about January 14, 2022, wiring transmission of monies in the amount of $24,500, originating from Company Four's bank account to UMI's bank account ending – 9345.

We the jury unanimously find as to COUNT SEVEN of the Superseding Indictment that the Defendant is:

_____ Not Guilty                              _____ Guilty

COUNT EIGHT:   Wire Fraud, in violation of 18 U.S.C. § 1343, on or about January 19, 2022, wiring transmission of monies in the amount of $43,000, originating from Company Four's bank account to UMI's bank account ending – 9345.

We the jury unanimously find as to COUNT EIGHT of the Superseding Indictment that the Defendant is:

_____ Not Guilty                    _____ Guilty

USA V. DAVID HE, CASE NO.: 1:23-CR-00219-DAD-EPG
PROPOSED VERDICT FORM

COUNT NINE:    Wire Fraud, in violation of 18 U.S.C. § 1343, on or about January 26, 2022, wiring transmission of monies in the amount of $36,000, originating from Company Two's bank account to UMI's bank account ending – 9664.

We the jury unanimously find as to COUNT NINE of the Superseding Indictment that the Defendant is:

_____ Not Guilty                    _____ Guilty

COUNT TEN:    Distribution of Adulterated and Misbranded Medical Devices, in violation of 21 U.S.C. §§ 331(a) and 333(a)(2), on or about January 15, 2022.

We the jury unanimously find as to COUNT TEN of the Superseding Indictment that the Defendant has distributed adulterated and misbranded medical devices on or about January 15, 2022:

_____ Not Guilty                    _____ Guilty

COUNT ELEVEN:    Distribution of Adulterated and Misbranded Medical Devices, in violation of 21 U.S.C. §§ 331(a) and 333(a)(2), on or about January 26, 2022.

We the jury unanimously find as to COUNT ELEVEN of the Superseding Indictment that the Defendant has distributed adulterated and misbranded medical devices on or about January 26, 2022:

_____ Not Guilty                          _____ Guilty

<u>COUNT TWELVE</u>:   False Statements, in violation of 18 U.S.C. § 1001(a)(2), on or about May 2, 2023 and May 3, 2023.

We the jury unanimously find as to COUNT TWELVE of the Superseding Indictment that the Defendant willfully and knowingly made a false statement that:

a.   He was not defendant ZHU aka Jesse Zhu and was instead Qiang He aka David He;

_____ Not Guilty            _____ Guilty

b.   He was hired by UMI as a COVID-19 consultant in 2021;

_____ Not Guilty            _____ Guilty

c.   He was hired by PBI just a couple of weeks prior to speaking with the FDA officials to coordinate the company's interactions with government agencies;

_____ Not Guilty            _____ Guilty

d.   He did not know the manufacturing and distribution histories for UMI or PBI; and

_____ Not Guilty            _____ Guilty

e.   He did not have access to UMI or PBI's distribution records, financial records, or ownership records.

_____ Not Guilty            _____ Guilty