

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**


UNITED STATES,                                              CASE No.  1:23-cr-00219-DAD-EPG

        Plaintiff,

    v.                                                                    **MINUTES**


JIA BEI ZHU.                                                      Date: May 1, 2026
                                                                         Deputy Clerk: P. Buzo

        Defendant*.                                  Court Reporter:  Jennifer Coulthard
_____/

Counsel for Plaintiff: Joseph Barton, Arelis Clemente
Defendant:  Anthony Capozzi


## JURY TRIAL – DAY 8

| | |
|---|---|
| 9:15 am | Court in session. Outside the presence of the jury.  All parties present. Mandarin Interpreters Jeff Dinn and Richard Shek present.  Court discussed asylum application as to evidentiary basis for Exhibits 205 and 207. Court discussed previous ruling. Govt addressed the court as to admitting statement of application regarding false statement. Govt Exhibit 205.  Defense addressed the court as to Govt Exhibits 205 and 207 and requested jury see the entire application. Discussion held. Court ruled Govt Exhibit 207 Bate Stamp 00138626 be unredacted. |
| 9:52 am | Back in the presence of the jury. |
| 9:52 am | Govt called Chet Johnston, sworn and testified. Govt Exhibits 68, 69, 71, 75, 76, 78, 192, 228, 160 previously admitted. Govt Exhibit 230, 231, 233 for demonstrative purposes. Govt Exhibits 6, 7, 8 Admitted without objection. Exhibit 230 for demonstrative purpose. Govt moved to admit Exhibits 205, 207, 208, 209, with objection. Govt Exhibits 205 and 207 (application and statement) Admitted as redacted over defense objection for reasons stated by court, Govt Exhibits 208 and 209 Admitted without objection as presented. Govt Exhibits 134, 143 previously admitted. |
| 11:01 am | Morning recess. |
| 11:20 am | Back in the presence of the jury.  Resume direct. Govt Exhibit 134 previously admitted. |
| 11:34 am | Cross examination. Govt Exhibit 192,160, 230, 207 previously.  Defense Exhibit FF Admitted without objection. |
| 12:27 pm | No Redirect.  Witness excused. |

1:23-cr-00219-DAD, USA v. Jia Bei Zhu
Minutes - Page 2

| | |
|---|---|
| 12:27 pm | Govt read Stipulation Docket 155 and Stipulation re Bank Records into the record. Defense stipulated to Govt representation as represented to the court. After discussion, pursuant to facts, Stipulations Admitted into evidence. |
| 12:38 pm | Govt rests. |
| 12:40 pm | Outside the presence of the jury. |
| 12:41 pm | Defense moved to Dismiss as stated on the record. Govt opposed defense motion as stated on the record. |
| 12:44 pm | Defense motion for judgment of acquittal denied as stated on the record. Court addressed defense as to defendant not taking the witness stand. Court addressed defendant, through Mandarin interpreter, as to his right not to testify and also the right to testify in his own defense. Defendant, through assistance of Mandarin interpreter, stated he wished not to testify. |
| 12:51 pm | Back in the presence of the jury. |
| 12:51 pm | Defense rests in its entirety. |
| 12:51 pm | Court addressed jury as to recessing today and reconvening on Tuesday, May 5, 2026, at 9:00 a.m. |
| 12:53 pm | Court Admonished Jury. |
| 12:55 pm | Outside the presence of the jury. Discussion of jury instructions. |
| 1:00 pm | Court in recess. |
| | |
| | |

TIME IN COURT: 3.5 hours